UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:12-cv-20702

ROSA CANSINO, an individual,

    Plaintiff,

v.

SEBAKIBA CORPORATION,

    Defendant.
_____/

## COMPLAINT

1. Plaintiff, ROSA CANSINO (hereinafter, "Plaintiff"), was an employee of Defendant, SEBAKIBA CORPORATION (hereinafter, "Defendant"), and brings this action for overtime compensation and other relief under the Fair Labor Standards Act ("FLSA"), as amended, 29 U.S.C. § 207(a).

2. In one or more weeks during the time period from approximately November of 2009 to December 17, 2011 ("Relevant Time Period"), Plaintiff performed non-exempt sales and sales-related duties for Defendant at its retail clothing store in Miami-Dade County, Florida.

3. This action seeks to recover from Defendant overtime compensation, liquidated damages, and costs and attorney's fees under the provisions of the FLSA.

4. Jurisdiction is conferred on this Court by 28 U.S.C. § 1337 and by 29 U.S.C. § 216(b).

5. Defendant has at all times material hereto owned and/or operated a business in Miami-Dade County, Florida, within the jurisdiction of this Court.

6. At all times material to this complaint, Defendant has had two (2) or more employees who have regularly sold, handled, or otherwise worked on goods and/or materials that have been moved in or produced for commerce.

7. Based upon information and belief, the annual gross sales volume of Defendant was in excess of $500,000.00 per annum at all times material hereto.

8. At all times material to this Complaint, Defendant has been an enterprise engaged in interstate commerce or in the production of goods for commerce as defined by the FLSA, 29 U.S.C. § 203(s).

9. At all times material to this Complaint, Defendant was an employer as defined by 29 U.S.C. § 203(d).

10. During the Relevant Time Period, Plaintiff was a non-exempt employee of Defendant, paid a weekly wage and sales commission.

11. During the Relevant Time Period, Plaintiff regularly worked an average of forty-four (44) hours per week.

12. During the Relevant Time Period, Defendant paid Plaintiff average gross weekly wages of approximately $720 per week but failed to compensate Plaintiff at a rate of time and one-half of her regular rate for all of her actual overtime hours worked. Plaintiff is owed an average of approximately Four (4) hours of overtime per week at the time and one-half rate of $27.00 per hour ($720/40 hours = $18.00 x 1.5) during a total of approximately One Hundred and Eight (108) work weeks, Plaintiff's unpaid overtime wages total approximately $11,664.00 (4 OT hours/week x $27.00/hour x 108 weeks).

13. The complete records concerning compensation paid to Plaintiff and actual start times, stop times, actual hours worked each day, and total hours worked each week by Plaintiff are in the possession and custody of Defendant.

## **COUNT I – RECOVERY OF OVERTIME COMPENSATION**

14. Plaintiff reincorporates and readopts all allegations contained within Paragraphs 1through 12, above.

15. Plaintiff is entitled to be paid time and one-half of her regular rate of pay for each hour she worked for Defendant in excess of Forty (40) hours per work week between approximately November 2009 and December 17, 2011, the date of her termination.

16. Defendant has knowingly and willfully failed to pay Plaintiff at time and one-half of her regular rate of pay for all hours worked in excess of Forty (40) hours per week within one or more weeks during the Relevant Time Period, which is within the three (3) year statute of limitations period.

17. By reason of said intentional, willful and unlawful acts of Defendant, Plaintiff has suffered damages plus incurring costs and reasonable attorney's fees.

18. As a result of Defendant's willful violations of the Act, Plaintiff is entitled to liquidated damages.

19. Plaintiff has retained the undersigned counsel to represent her in this action, and pursuant to 29 U.S.C. § 216(b), Plaintiff is entitled to recover all reasonable attorney's fees and costs incurred in this action from Defendant.

20. Plaintiff demands a jury trial.

WHEREFORE, Plaintiff, ROSA CANSINO, demands judgment against Defendant, SEBAKIBA CORPORATION, for the payment of all overtime hours at one and one-half her

regular rate of pay due her for the hours worked by her which have not been properly compensated, liquidated damages, reasonable attorney's fees and costs of suit, and for all proper relief including post-judgment interest.

Respectfully Submitted February 21, 2012,

                                                s/ Robert W. Brock II
                                          _____
                                          Robert W. Brock II
                                          *Law Office of Lowell J. Kuvin*
                                          Fla. Bar No.:75320
                                          robert@kuvinlaw.com
                                          17 East Flagler St. Suite 223
                                          Miami Florida 33131
                                          Tele:   305.358.6800
                                          Fax:    305.358.6808
                                          *Attorney for Plaintiff*