UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  1:12-cv-20702


ROSA CANSINO, an individual,

     Plaintiff,

v.

SEBAKIBA CORPORATION,

     Defendant.

_____/


## STATEMENT OF CLAIM

By and through undersigned counsel, and pursuant to this Court's Order dated February 23, 2012 [DE 4], Plaintiff Rosa Cansino ("Plaintiff") files this Statement of Claim which restates the claim in her Complaint.

Plaintiff was employed by Defendant from approximately November 2009 to December 17, 2011. She regularly worked an average of forty-four (44) hours per week but was not paid her due overtime wages. Plaintiff's average gross weekly wages are estimated to have been approximately $720 per week, at which rate Plaintiff's hourly rate for a forty-hour week is $18.00 per hour. Plaintiff is owed an average of four (4) hours of overtime per week at the time and one-half rate of $27.00 per hour during this entire period, a total of approximately One Hundred and eight (108) work weeks. Thus, Plaintiff's unpaid overtime wages total approximately $11,664.00 (4 OT hours/week x $27.00/hour x 108 weeks). [1]

**Actual Damages:** $11,664.00.

_____
[1] See Exhibit 1, Plaintiff's Paycheck Stubs

**Liquidated Damages:** representing an equal amount in double/liquidated damages of $11,664.00.

**Attorney's Fees and Costs.**

The above figures were obtained from Plaintiff and are accurate as her best recollection of the hours for which she worked.

Respectfully Submitted March 28, 2012,

**s/ Robert W. Brock II**

_____

Robert W. Brock II
*Law Office of Lowell J. Kuvin*
Fla. Bar No.:75320
robert@kuvinlaw.com
17 East Flagler St. Suite 223
Miami Florida 33131
Tele:   305.358.6800
Fax:     305.358.6808
*Attorney for Plaintiff*

I CERTIFY pursuant to the Court's Order [DE 4] that I shall serve a copy of the foregoing Notice upon Defense counsel on appearance and that I shall file a Notice with this Court indicating the date Defense counsel was served.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Case No.:  1:12-cv-20702 Lenard/O'Sullivan

**Service List**

James W. Beagle, Esq.
James Beagle, P.A.
3550 NW Ninth Ave., Suite A
Fort Lauderdale, FL 33309
Telephone: (954) 563-8588
Fax: (954) 563-853
Florida Bar No.: 521418
jb@beagleesq.com
Counsel for Defendant
[Via electronic filing]

Robert W. Brock II, Esq.
Law Office of Lowell J. Kuvin
17 East Flagler Street, Suite 223
Miami, FL 33131
Florida Bar No.: 75320
Telephone: (305) 358-6800
Fax: (305) 358-6808
Counsel for Plaintiff
[Via electronic filing]