**SEBAKIBA CORP DBA   SCOTCH & SODA**                                                                                   1403

Employee
ROSA CANSINO, 2054 ALTON ROAD, MIAMI BEACH, FL 33140

SSN        Status (Fed/State)              Allowances/Extra
***-**-6106   Married/(none)                Fed-2/0/FL-0/0
Pay Period: 11/28/2011 - 12/04/2011         Pay Date: 12/05/2011

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| SALARY | | | 560.00 | 5,040.00 |
| COMMISSION 2% | 242.00 | 2.00% | 4.84 | 94.11 |
| COMMISSION 1% | 26,814.50 | 1.00% | 268.15 | 2,082.43 |
| | | | 832.99 | 7,216.54 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -64.00 | -538.00 |
| Social Security Employee | -34.98 | -303.09 |
| Medicare Employee | -12.08 | -104.64 |
| | -111.06 | -945.73 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| PURCHASE | 0.00 | -36.38 |

| Net Pay | 721.93 | 6,234.43 |
|---|---|---|

SebAkiba Miami,

---

**SEBAKIBA CORP DBA   SCOTCH & SODA**                                                                                   1420

Employee
ROSA CANSINO, 2054 ALTON ROAD, MIAMI BEACH, FL 33140

SSN        Status (Fed/State)              Allowances/Extra
***-**-6106   Married/(none)                Fed-2/0/FL-0/0
Pay Period: 12/05/2011 - 12/11/2011         Pay Date: 12/12/2011

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| SALARY | | | 560.00 | 5,600.00 |
| COMMISSION 2% | 351.50 | 2.00% | 7.03 | 101.14 |
| COMMISSION 1% | 12,430.60 | 1.00% | 124.31 | 2,206.74 |
| | | | 691.34 | 7,907.88 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -43.00 | -581.00 |
| Social Security Employee | -29.04 | -332.13 |
| Medicare Employee | -10.02 | -114.66 |
| | -82.06 | -1,027.79 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| PURCHASE | 0.00 | -36.38 |

| Net Pay | 609.28 | 6,843.71 |
|---|---|---|

SebAkiba Miami,